# EXHIBIT A

**AIRFLOW DIAGRAMS**



**Figure 1**
Airflow through a



**Figure 2**
Flow of Ozone from the SoClean 2 and into a