EXHIBIT B

### SoClean 2

### Figure 1



**Figure 2**
SoClean 2 with CPAP Mask



**Figure 3**

