# EXHIBIT C

**SoClean 2 Go**

**Figure 1**
SoClean 2 Go System



**Figure 2**
SoClean 2 Go Attached to CPAP



1

**Figure 3**
SoClean 2 Go – Scale



**Figure 4**
SoClean 2 Go   Filter



2