# EXHIBIT F

<u>S<span style="font-variant:small-caps">O</span>C<span style="font-variant:small-caps">LEAN</span> M<span style="font-variant:small-caps">ARKETING</span> M<span style="font-variant:small-caps">ATERIALS</span></u>

**<u>Figure 1</u>**
SoClean 2 Go Bedside Table Marketing[1]



**<u>Figure 2</u>**
SoClean 2 Bedside Table Marketing[2]



---

[1] <u>Source</u>: SoClean, *4 Tips for Traveling with a CPAP Machine*, S<span style="font-variant:small-caps">O</span>C<span style="font-variant:small-caps">LEAN</span> (Aug. 31, 2017), https://www.soclean.com/sleep-talk/2017/08/31/4-tips-traveling-cpap-machine/.

[2] <u>Source</u>: S<span style="font-variant:small-caps">O</span>C<span style="font-variant:small-caps">LEAN</span>, www.SoClean.com (last visited Apr. 21, 2019).

**Figure 3**
Video Still Depicting Ozone Circulation[3]

