# EXHIBIT G

**SoClean 2 Packaging**

**Figure 1**
Top of Box



**Figure 2**
Bottom of Box



**Figure 3**
Side of Box



**Figure 4**
Side of Box



**Figure 5**
Side of Box



**Figure 6**
Side of Box

